1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:12-CR-0116 JAM
                                 )
14                 Plaintiff,    )
                                 )
15        v.                     )  **STIPULATION AND ORDER**
                                 )  **CONTINUING STATUS CONFERENCE**
16  MIKCO YOUR,                  )  **AND EXCLUDING TIME**
                                 )
17                 Defendant.    )  Date:  May 22, 2012
                                 )  Time:  9:30 a.m.
18  _____)  Judge: Hon. John A. Mendez

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Mikco Your, through their respective

22  attorneys, that the status conference scheduled for May 22, 2012, may be

23  continued to July 3, 2012, at 9:30 a.m.

24       Defense counsel moved the magistrate judge to reopen bail in Mr.

25  Your's case, resulting in Mr. Your's release and obviating the need to

26  hear the bail appeal planned for next week's status conference.  The

27  parties seek additional time to complete discovery and the defense seeks

28  time to investigate legal and factual issues.  To afford time for

1  necessary preparation and review, the parties agree that time under the

2  Speedy Trial Act should be excluded through July 3, 2012, pursuant to 18

3  U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such

4  action outweigh the best interest of the public and the defendant in a

5  speedy trial.

6                                    Respectfully submitted,

7                                    DANIEL J. BRODERICK
                                     Federal Defender

8

9  Dated:  May 17, 2012             /s/ T. Zindel
                                     TIMOTHY ZINDEL

10                                   Assistant Federal Defender
                                     Attorney for MIKCO YOUR

11

12                                   BENJAMIN B. WAGNER
                                     United States Attorney

13

14 Dated:  May 17, 2012             /s/ T. Zindel for J. Hitt
                                     JASON HITT

15                                   Assistant U.S. Attorney

16

17                              **O R D E R**

18

19     The status conference is continued to July 3, 2012, at 9:30 a.m.

20 For the reasons given above, the court finds that the ends of justice to

21 be served by a continuance outweigh the best interests of the public and

22 the defendant in a speedy trial and therefore excludes time under the

23 Speedy Trial Act through July 3, 2012.

24     IT IS SO ORDERED.

25

26 Dated:  May 18, 2012             /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ

27                                   United States District Judge

28

Stip. & Order                        2