DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIKCO YOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-0116 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MIKCO YOUR, ) | |
| ) | |
| Defendant. ) | Date: July 17, 2012 |
| ) | Time: 9:45 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Mikco Your, through their respective attorneys, that the status conference scheduled for July 17, 2012, may be continued to August 14, 2012, at 9:45 a.m.

The defense seeks additional time to complete investigation and research of legal and factual issues and to consider issues relating to forfeitures involved in the case. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through August 14, 2012, pursuant to 18

U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 13, 2012         /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for MIKCO YOUR

                             BENJAMIN B. WAGNER
                             United States Attorney

Dated: July 13, 2012         /s/ T. Zindel for J. Hitt
                             JASON HITT
                             Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 14, 2012, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 14, 2012.

IT IS SO ORDERED.

Dated: July 13, 2012         /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Court Judge

Stip. & Order                2