1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:12-CR-0116 JAM
                                   )
14                Plaintiff,       )
                                   ) **STIPULATION AND ORDER**
15        v.                       ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
16  MIKCO YOUR,                    )
                                   )
17                Defendant.       ) Date:  August 14, 2012
                                   ) Time:  9:30 a.m.
18  _____) Judge: Hon. John A. Mendez

19

20        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Mikco Your, through their respective

22  attorneys, that the status conference scheduled for August 14, 2012, may

23  be continued to September 11, 2012, at 9:45 a.m.

24        The defense awaits word from DEA on forfeitures involved in the case

25  and has also approached the government regarding potential resolution of

26  the indictment.  To afford time for necessary preparation and review, the

27  parties agree that time under the Speedy Trial Act should be excluded

28  through September 11, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

1   that the ends of justice served by taking such action outweigh the best

2   interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 9, 2012          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for MIKCO YOUR

BENJAMIN B. WAGNER
United States Attorney

Dated:  August 9, 2012          /s/ T. Zindel for J. Hitt
                                JASON HITT
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 11, 2012, at 9:45

a.m.  For the reasons given above, the court finds that the ends of

justice to be served by a continuance outweigh the best interests of the

public and the defendant in a speedy trial and therefore excludes time

under the Speedy Trial Act through September 11, 2012.

IT IS SO ORDERED.


Dated:   August 13. 2012         /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge