```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MIKCO YOUR
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0116 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MIKCO YOUR, | ) | |
| | ) | |
| Defendant. | ) | Date: September 11, 2012 |
| | ) | Time: 9:45 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Mikco Your, through their respective attorneys, that the status conference scheduled for September 11, 2012, may be continued to October 23, 2012, at 9:45 a.m.

The defense awaits word from DEA on forfeitures involved in the case and has also approached the government regarding potential resolution of the indictment. An additional meeting is planned to occur shortly. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through October 23,

2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated: September 7, 2012        /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for MIKCO YOUR

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: September 7, 2012        /s/ T. Zindel for J. Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to October 23, 2012, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 23, 2012.

    IT IS SO ORDERED.

Dated: September 7, 2012
                                            /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge