DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MIKCO YOUR


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0116 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MIKCO YOUR, | ) | |
| | ) | |
| Defendant. | ) | Date: October 23, 2012 |
| | ) | Time: 9:45 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Mikco Your, through their respective attorneys, that the status conference scheduled for October 23, 2012, may be continued to January 15, 2013, at 9:45 a.m.

   The defense awaits word from DEA on forfeitures involved in the case and has also approached the government regarding potential resolution of the indictment. Additional research remains to be done. Also, undersigned defense counsel will be on medical leave starting mid-November, returning in mid- to late-December. In order to afford time

for necessary preparation and review, and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded through January 15, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 19, 2012        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for MIKCO YOUR


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: October 19, 2012        /s/ T. Zindel for J. Hitt
                               JASON HITT
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 15, 2013, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 15, 2013.

IT IS SO ORDERED.

Dated: October 19, 2012        /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Court Judge

Stip. & Order                  2