1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:12-CR-0116 JAM
                                  )
14              Plaintiff,        )
                                  )  **STIPULATION AND ORDER**
15      v.                        )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
16 MIKCO YOUR,                    )
                                  )
17              Defendant.        )  Date:  February 19, 2013
                                  )  Time:  9:45 a.m.
18 _____ )  Judge: Hon. John A. Mendez

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Mikco Your, through their respective
22 attorneys, that the status conference scheduled for February 19, 2013,
23 may be continued to March 26, 2013, at 9:45 a.m.
24      The defense awaits word from DEA on forfeitures involved in the case
25 and additional discovery to be provided by the government, who has
26 suggested that the discovery must be reviewed before the case can be
27 resolved or scheduled.  In order to afford time for necessary preparation
28 and review, the parties agree that time under the Speedy Trial Act should

be excluded through March 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                      Respectfully submitted,

                                      JOSEPH SCHLESINGER
                                      Acting Federal Defender

Dated: February 14, 2013       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for MIKCO YOUR

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: February 14, 2013       /s/ T. Zindel for J. Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

# O R D E R

The status conference is continued to March 26, 2013, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 26, 2013.

IT IS SO ORDERED.

Dated: February 14, 2013       /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge