1  JOSEPH SCHLESINGER, # 87692
   Federal Defender
2  TIMOTHY ZINDEL, Bar # 158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:12-CR-0116 JAM
                                  )
14            Plaintiff,          )
                                  )
15     v.                         ) **REQUEST TO APPROVE**
                                  ) **APPEARANCE WAIVER**
16 MIKCO YOUR,                    ) **ORDER**
                                  )
17            Defendant.          )
                                  ) Judge: Hon. John A. Mendez
18 _____ )

19

20     Defendant, Mikco Your, moves the Court pursuant to Fed. R. Crim. P.

21 43 to approve his waiver of appearance filed April 22, 2013.

22     Mr. Your personally appeared before the Court at status conferences

23 on May 8, 2012, and January 15, 2013.  He is in compliance with all

24 conditions of his release.

25 /////

26 /////

27 /////

28 /////

1    Mr. Your recently obtained a good job as a driver with a local

2    company.  He is a probationary employee at this time but will become

3    eligible for benefits after four months on the job.  Because he works

4    Monday through Friday, he asks to waive his appearance at future non-

5    dispositive proceedings.

6

7                                    Respectfully submitted,

8                                    JOSEPH SCHLESINGER
                                     Acting Federal Defender
9

10   Dated:  April 22, 2012          /s/ T. Zindel
                                     TIMOTHY ZINDEL
11                                   Assistant Federal Defender
                                     Attorney for MIKCO YOUR
12

13

14                             **O R D E R**

15       Defendant's waiver of appearance is approved.

16       IT IS SO ORDERED.

17

18   Dated:  April 22, 2013          /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
19                                   United States District Court Judge

20

21

22

23

24

25

26

27

28