1  HEATHER E. WILLIAMS, Bar #122664
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR

7

8

9             IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     )  No. 2:12-CR-0116 JAM
                                  )
14              Plaintiff,        )
                                  )  **STIPULATION AND ORDER**
15       v.                       )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
16  MIKCO YOUR,                   )
                                  )
17              Defendant.        )  Date:  June 11, 2013
                                  )  Time:  9:45 a.m.
18  _____ )  Judge: Hon. John A. Mendez

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Mikco Your, through their respective

22  attorneys, that the status conference scheduled for June 11, 2013, may be

23  continued to July 16, 2013, at 9:45 a.m.

24       Counsel met today to discuss a proposed resolution of the case but

25  seek additional time to confer - defense counsel with Mr. Your and

26  government counsel with his supervisor - and, if appropriate to prepare

27  appropriate paperwork.  In order to afford time for necessary preparation

28  and review, the parties agree that time under the Speedy Trial Act should

1   be excluded through July 16, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A),

2   and that the ends of justice served by taking such action outweigh the

3   best interest of the public and the defendant in a speedy trial.

4

5                                         Respectfully submitted,

6                                         HEATHER E. WILLIAMS
                                          Federal Defender
7

8   Dated:   June 7, 2013                 /s/ T. Zindel
                                          TIMOTHY ZINDEL
9                                         Assistant Federal Defender
                                          Attorney for MIKCO YOUR
10

11                                        BENJAMIN B. WAGNER
                                          United States Attorney
12

13  Dated:   June 7, 2013                 /s/ T. Zindel for J. Hitt
                                          JASON HITT
14                                        Assistant U.S. Attorney

15

16
                                **O R D E R**
17

    The status conference is continued to July 16, 2013, at 9:45 a.m.
18
    For the reasons given above, the court finds that the ends of justice to
19
    be served by a continuance outweigh the best interests of the public and
20
    the defendant in a speedy trial and therefore excludes time under the
21
    Speedy Trial Act through July 16, 2013, as set forth above.
22
        IT IS SO ORDERED.
23

24
    Dated:   June 10, 2013
25                                        /s/ John A. Mendez

26                                        HON. JOHN A. MENDEZ
                                          United States District Court Judge
27

28

    Stip. & Order                         2