```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MIKCO YOUR
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-0116 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MIKCO YOUR, | ) | |
| | ) | |
| Defendant. | ) | Date: August 27, 2013 |
| | ) | Time: 9:45 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Mikco Your, through their respective attorneys, that the status conference scheduled for August 27, 2013, may be continued to October 1, 2013, at 9:45 a.m.

Counsel have met to discuss a proposed resolution of the case but seek additional time to prepare a written agreement and settle guidelines calculation issues. In order to afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through October 1, 2013, pursuant to 18 U.S.C. §

3161(h)(7)(A), and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

```
                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


Dated:  August 23, 2013             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MIKCO YOUR


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  August 23, 2013             /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to October 1, 2013, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 1, 2013, as set forth above.

IT IS SO ORDERED.

```
Dated:  August 26, 2013
                                    /s/ John A. Mendez
                                    United States District Court Judge
```

Stip. & Order                           2