HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIKCO YOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MIKCO YOUR,<br><br>  Defendant.<br>_____ | No. 2:12-CR-0116 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: October 1, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Mikco Your, through their respective attorneys, that the status conference scheduled for October 1, 2013, may be continued to November 12, 2013, at 9:45 a.m.

   Assigned counsel have proposed a resolution of the case that appears to be satisfactory to the parties but government counsel seeks additional time to obtain supervisorial authority to resolve the case on the lines counsel have discussed.  Both parties also seek time to resolve collateral issues relating to the plea agreement and proposed resolution.

In order to afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through November 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A), and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Dated:   September 27, 2013       /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for MIKCO YOUR


                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated:   September 27, 2013       /s/ T. Zindel for J. Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney


### O R D E R

The status conference is continued to November 12, 2013, at 9:45 a.m.  For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 12, 2013, as set forth above.

    IT IS SO ORDERED.

Dated:   September 27, 2013       /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge