HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
MIKCO YOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:12-CR-0116 JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MIKCO YOUR, ) | |
| Defendant. ) | Date:    December 10, 2013 |
| ) | Time:    9:45 a.m. |
| ) | Judge:   Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, Mikco Your, and plaintiff, United States of America, that the status conference scheduled for December 10, 2013, may be rescheduled for January 21, 2014, at 9:45 a.m.

Assigned counsel have proposed a resolution of the case that appears to be satisfactory to both parties but the government awaits final supervisorial review and approval. The proposed agreement has not yet been reduced to writing. There are also collateral issues relating to the agreement that have yet to be resolved. Accordingly, the parties ask the Court to

exclude time under the Speedy Trial Act from the date of this order through January 21, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   December 6, 2013        /s/ T. Zindel_____
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for MIKCO YOUR


                                 BENJAMIN WAGNER
                                 United States Attorney


Dated:   December 6, 2013        /s/  T. Zindel for J. Hitt   __
                                 JASON HITT
                                 Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 21, 2014, at 9:45 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through January 21, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   December 6, 2013        /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge