HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
MIKCO YOUR


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:12-CR-0116 JAM |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MIKCO YOUR, | ) |
| | ) |
| Defendant. | ) Date:   January 21, 2014 |
| | ) Time:   9:45 a.m. |
| _____ | ) Judge:  Hon. John A. Mendez |


It is hereby stipulated and agreed between defendant, Mikco Your, and plaintiff, United States of America, that the status conference scheduled for January 21, 2014, may be rescheduled for February 25, 2014, at 9:45 a.m.

Assigned counsel has proposed a resolution of the case that appears to be satisfactory to both parties but the government awaits final supervisorial review and approval. The proposed agreement has not yet been reduced to writing. There are also collateral issues relating to the agreement that have yet to be resolved. Accordingly, the parties ask the Court to exclude

-1-

1   time under the Speedy Trial Act from the date of this order

2   through February 25, 2014, pursuant to Title 18, United States

3   Code, Section 3161(h)(7)(A) and (B)(iv).

4                                   Respectfully Submitted,

5                                   HEATHER E. WILLIAMS
                                    Federal Defender
6

7   Dated:   January 15, 2014        /s/ T. Zindel_____
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for MIKCO YOUR
9

10                                  BENJAMIN WAGNER
                                    United States Attorney
11

12  Dated:   January 15, 2014        /s/  T. Zindel for J. Hitt   __
                                     JASON HITT
13                                   Assistant U.S. Attorney

14

15                          **O R D E R**

16       The status conference is continued to February 25, 2014, at

17  9:45 a.m.   The court finds that the ends of justice served by

18  granting a continuance outweigh the best interests of the public

19  and the defendant in a speedy trial for the reasons stated

20  above.   Time is therefore excluded from the date of this order

21  through February 25, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A)

22  and (B)(iv).

23       IT IS SO ORDERED.

24  Dated:   January 15, 2014        /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ
25                                   United States District Court Judge

26

27

28