1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org

6  Attorney for Defendant
   MIKCO YOUR

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,   ) Case No.  2:12-CR-0116 JAM
                                )
13       Plaintiff,             )
                                ) **STIPULATION AND ORDER**
14            vs.               ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
15  MIKCO YOUR,                 )
                                )
16       Defendant.             ) Date:   February 25, 2014
                                ) Time:   9:45 a.m.
17  _____) Judge:  Hon. John A. Mendez

19       It is hereby stipulated and agreed between defendant, Mikco
20  Your, and plaintiff, United States of America, that the status
21  conference scheduled for February 25, 2014, may be rescheduled
22  for March 11, 2014, at 9:45 a.m.
23       A draft plea agreement has been prepared but the parties
24  have agreed to make revisions to it.  There is also a collateral
25  forfeiture issue relating to the agreement that has yet to be
26  resolved.  In order to complete their discussions, the parties
27  ask the Court to continue the status conference and to exclude
28  time under the Speedy Trial Act from the date of this order

-1-

1 through March 11, 2014, pursuant to Title 18, United States
2 Code, Section 3161(h)(7)(A) and (B)(iv).

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:   February 21, 2014     /s/ T. Zindel_____
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MIKCO YOUR


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:   February 21, 2014     /s/  T. Zindel for J. Hitt   __
                                        JASON HITT
                                        Assistant U.S. Attorney



                              **O R D E R**

   The status conference is continued to March 11, 2014, at 9:45 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through March 11, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:   February 21, 2014     /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge