HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
MIKCO YOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>MIKCO YOUR,<br><br>    Defendant. | Case No.  2:12-CR-0116 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   March 11, 2014<br>Time:   9:45 a.m.<br>Judge:  Hon. John A. Mendez |

    It is hereby stipulated and agreed between defendant, Mikco Your, and plaintiff, United States of America, that the status conference scheduled for March 11, 2014, may be rescheduled for March 25, 2014, at 9:45 a.m.

    The parties have reached a final plea agreement covering all issues, including forfeiture, but they need additional time to prepare and review the final written agreement.  In order to do so the parties ask the Court to continue the status conference two weeks and to exclude time under the Speedy Trial Act from the date of this order through March 25, 2014, pursuant

to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The matter may be scheduled that day for change of plea.

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: March 7, 2014        /s/ T. Zindel_____
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MIKCO YOUR


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: March 7, 2014        /s/  T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 25, 2014, at 9:45 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through March 25, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: March 7, 2014        /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge