BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKCO YOUR,<br><br>        Defendant. | 2:12-CR-00116-JAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on March 28, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Mikco Your in the following property:

  a. A *sub res* in the amount of $12,500 in lieu of the real property located at 21 Milpitas Circle, Sacramento, California, Sacramento County, APN: 117-0532-014-000.

AND WHEREAS, beginning on March 29, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

Final Order of Forfeiture

1  AND WHEREAS, the Court has been advised that no third party has filed a claim
2  to the subject property, and the time for any person or entity to file a claim has expired.
3  Accordingly, it is hereby ORDERED and ADJUDGED:
4  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of
5  America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. §
6  853(a), to be disposed of according to law, including all right, title, and interest of Mikco
7  Your.
8  2. All right, title, and interest in the above-listed property shall vest solely in
9  the name of the United States of America.
10  3. The U.S. Marshal Service shall maintain custody of and control over the
11  subject property until it is disposed of according to law.
12  SO ORDERED this 14th day of August, 2014.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge